IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AROGANT HOLLYWOOD,  *Plaintiff*, | : : : |
| v. | : : |
| CHRISTOPHER PAUL MARR, JOEL D. KEATON, CUBESMART LP, and TIMOTHY M. MARTIN,  *Defendants*. | : : : : |

CIVIL ACTION
NO. 22-2270

## ORDER

**AND NOW,** this **28th** day of **March, 2024**, upon consideration of the First Amended Civil Rights Complaint (ECF No. 38), Defendants' Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim or, Alternatively, to Dismiss and Transfer Plaintiff's First Amended Complaint and to Compel Arbitration (ECF No. 44), and Defendants' Reply Brief in Support of Its Motion (ECF No. 53), it is hereby **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all of the claims in the First Amended Complaint are dismissed with prejudice.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**